THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI LIBRINCA, | |
| Plaintiff, | |
| v. | 3:17-CV-1108 |
| | (JUDGE MARIANI) |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of | |
| Social Security, | |
| Defendant. | |

## ORDER

AND NOW, THIS 29th DAY OF MAY, 2019, upon review of Magistrate Judge Arbuckle's Report & Recommendation ("R&R") (Doc. 25) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 25) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge